IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PAUL GRIBBEN,
    Plaintiff,

v.                                   Case No. 5:10cv320/MCR/CJK

JAMES MCDONOUGH, et al.,
    Defendants.

## **REPORT AND RECOMMENDATION**

    This prisoner civil rights case filed under 42 U.S.C. § 1983 is before the Court upon referral from the Clerk. On April 26, 2012, the Court entered an order requiring plaintiff to file, within thirty days, a fourth amended civil rights complaint. (Doc. 44). Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed. To date, plaintiff has not complied with the order, and has not responded to the Court's June 18, 2012 order (doc. 46) requiring him to show cause, within fourteen days, why this case should not be dismissed.

    Accordingly, it is respectfully RECOMMENDED:

    1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 24th day of July, 2012.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).